In re Green, Frank; — Defendant(s); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “I”, No. 254-799; to the Court of Appeal, Fourth Circuit, No. 93-KA-0655.
Denied. See State v. Ford, 92-2029, p. 4 (La.App. 4th Cir. 1/31/95), 650 So.2d 808, 810; State v. Clark, 93-0321, p. 5 (La.App. 4th Cir. 10/27/94), 644 So.2d 1130, 1132-33; State v. Bernard, 583 So.2d 111, 113 (LaApp. 5th Cir.1991).
LEMMON, J., not on panel.